# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

WILLIAM MARTIN,

        Petitioner,    :    Case No. 2:21-cv-5102

- vs -    Chief Judge Algenon L. Marbley
    Magistrate Judge Michael R. Merz

WARDEN, Belmont Correctional Institution,

        Respondent.    :

## ORDER ADOPTING SECOND SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Second Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 40), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting a request for extension of time to file objections was granted and no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Second Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

May 9, 2023.

                                                    Algenon L. Marbley
                                                    United States Chief Judge